FILED

2004 NOV 29 A 9 25

U.S. DISTRICT COURT
HARTFORD, CT.

3:03cr146-RNC

UNITED STATES COURT OF APPEALS

FOR THE SECOND CIRCUIT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, APPELLEE | : | DOCKET NO: 04-4392-cr |
| v. | : | |
| AARON JAIME CELIS, II, APPELLANT | : | NOVEMBER 23, 2004 |

## INDEX TO THE RECORD ON APPEAL

| DATE FILED | COURT DOCUMENT NO. | DOCUMENT NAME | DOCUMENT NO. |
|---|---|---|---|
| 05/21/2003 | 21 | INDICTMENT | 1 |
| 03/02/2004 | 52 | MOTION TO DISMISS | 2 |
| 03/05/2004 | 53 | MOTION TO CORRECT | 3 |
| 03/05/2004 | 54 | MEMORANDUM IN OPPOSITION BY USA | 4 |
| 03/08/2004 | 59 | REPLY TO RESPONSE | 5 |
| 03/10/2004 | 64 | ENDORSEMENT ORDER | 6 |
| 03/24/2004 | 66 | TRANSCRIPT | 7 |
| 04/19/2004 | 74 | VERDICT FORM | 8 |

| DATE FILED | COURT DOCUMENT NO. | DOCUMENT NAME | DOCUMENT NO. |
|---|---|---|---|
| 08/02/2004 | 81 | JUDGMENT | 9 |
| 07/28/2004 | 80 | SENTENCING TRANSCRIPT | 10 |
| 08/06/04 | 82 | NOTICE OF APPEAL | 11 |